UNITED STATES DISTRICT COURT
TENTH DISTRICT OF NEW MEXICO
28 USC 1443 Civil rights cases
Is removed by the defendant to the district court of the United States.

Any attempt to use my all Capital Name is Fraud on the Court,
I am, James Wallace Eden, and only as capitalized as the ACCUSER:

FILED
UNITED STATES DISTRICT C[OURT]
DISTRICT OF NEW MEX[ICO]
11 JUN -1 AM 11:[  ]

11cv465-KBM/WDS

V.
DEFENDANTS: FEDERAL, STATE AND LOCAL CORPORA FICTA Employee(s); ALBERT LAMA®, ALEX ROMERO®, ALICE GANDARADIAZ®, ALVAN ROMERO®, AMANDA RAEL®, ANDREW GALLEGOS®, ANGELO D. METZGAR®, ANNA WILLIAMS®, ANNABELLE ROMERO®, ANTONIO CORRALES®, ARCHIE GARCIA®, ART DE LA CRUZ®, ARTHUR BACA®, BENJAMIN ORTEGA®, BERNALILLO COUNTY TREASURER®, BETTY WAINWRIGHT®, BILLY LOVETT®, BLANCA SENA®, BRAD WINTER®, BRENDA A. ALBERTS®, CARLA MARTINEZ®, CESARIO QUINTANA®, CHAN KIM®, CINDY PADILLA®, CITY OF ALBUQUERQUE®, CLAY CAMPBELL®, CORDY MEDINA®, DAN HOUSTON®, DAN JONES®, DAN LEWIS®, DARREN P. WHITE®, DAVID ROBINS®, DAWN TAYLOR®, DEBBIE O'MALLEY®, DEBORAH NASON®, DEMESIA PADILLA®, DENISE DURAN®, DENNIS DEVARY®, DENNIS WORD®, DIANNA J. DURAN®, DON HARRIS®, DOROTHY LYNCH®, ELLIE ORTIZ®, EMILY OROSCO®, EVAN BLACKSTONE®, EVE KROPP®, FELICIA LUCERO®, FRANK VALDEZ®, GABRIEL RIVERA®, GARY KING®, GERALDINE E. RIVERA®, GILLIS LANG®, GREG SAUNDERS®, GREGORY SCHAFFER®, HECTOR M. BALDERAS®, HOLLY THOMPSON®, ISAAC BENTON®, JAMES CHADBURN®, JAMES MAAES®, JAMES STROZIER®, JEFF BINGAMAN®, JESSICA GONZALES®, JOE MARTINEZ®, JOHN A. SANCHEZ®, JOHN EARNSHAW®, JOHN MONFORTE®, JUANITA DURAN®, JUDICIAL OPERATIONS DIVISION®, JULIA BELLES®, KAREN L. MONTOYA®, KATHY BAKER®, KATHY NEIDIGK®, KATHY SANDOVAL®, KEN ORTIZ®, KEN SANCHEZ®, KEN TREECE®, KENNETH H. MARTINEZ®, KIM BRISSETTE®, KIM SEIDLER®, KIMBERLY C. GONZALES®, LISA COLLINS®, LOURDES WATERS®, LUCINDA MONTOYA®, MAGGIE HART STEBBINS®, MAGGIE TOULOUSE OLIVER®, MANNY MANDEL®, MARC E. CHAVEZ®, MARTIN HEINRICH®, MARY QUINTANA®, MICHAEL C. WIENER®, MICHAEL D. COOK®, MICHAEL O'MELIA®, MICHELLE CLARK®, MICHELLE GARCIA®, MICHELLE LUJAN GRISHAM®, MICK MCMAHAN®, MIRANDA MASCARENAS®, NATALIE CORDOVA®, NELSON GOODIN®, NMTRD®, OFFICE OF THE NEW MEXICO ATTORNEY GENERAL®, OFFICE OF THE SECRETARY OF STATE OF NEW MEXICO®, PATRICIA HERRERA®, PATRICK J. PADILLA®, PATRICK SANCHEZ®, PATRICK STEWART®, PAUL SILVERMAN®, PETER D. NICHOLS®, PHIL SISNEROS®, RACHEL BLANCO®, RALEN RANDEL®, RAY GARDUNO®, RAY POWELL®, RICHARD J. BERRY®, RICHARD MAY®, RITA ARCHULETA®, ROBERT ALBERTORIO®, ROBERT J. PERRY®, RON CRUZ®, ROSEMARY WHITEGEESE®, S.U. MAHESH®, SAM FLAIM®, SANJAY BHATKA®, SECOND JUDICIAL DISTRICT®, SHANE TURPEN®, SHAWNA OWENS®, STATE OF NEW MEXICO®, STEVE ARCIBEQUE®, STUART BLUESTONE®, SUE JIMENEZ®, SUSANNA MARTINEZ®, TENANCO BORREGO®, TERRY RISTER®, TIM KORTE®, TOM CLIFFORD®, TOM UDALL®, TRACY ASHER®, TRISH WINTER®, TROY BRIGHAM®, TROY BUSHAN®, TRUDY JONES®, VALERIE GALLEGOS®, WAYNE JOHNSON®.

**A bill of attainder** (also known as **an act or writ of attainder**) is an act of legislature declaring a person or group of persons guilty of some crime, and punishing them, without benefit of a trial. The United States Constitution forbids both the federal and state governments to enact bills of attainder, in Article 1, Sections 9 and 10, respectively. "Nemo debet esse judex in propria causa."

**Remedy demanded:**

1. The use of Federal law (codes), TITLE 21 CHAPTER 13 §§ 801—971 to illegally arrest, inflict cruel and unusual punishment which is a 15,000,000.00 per color of law violation.
2. Piracy 18 § 1661. Robbery ashore by FEDERAL, STATE AND LOCAL CORPORA FICTA Employee(s).
3. (Estate of Macias v. Ihde, 42 F. Supp.2d 957, 962 (N.D. Cal. 1999).
4. TOTAL 143 defendants time violations are the sum of 2.145 billion, reserving the right to add defendants as they become known.
5. Time spent falsely arrested. One x 1000 per minute x 2736 minutes held illegally 273,600. In a case in which the city was accused of failing to train its officers, Trezevant v. City of Tampa, 741 F.2d 336 (llth Cir. 1984).
6. Charges of 235,651,495.40 from False Claims Act (Triple Damages) for fraudulent demand
7. Charges of 235,651,495.40 from False Claims Act (Triple Damages) for embezzlement of private funds without just compensation
8. Charges of 235,651,495.40 from False Claims Act (Triple Damages) for illegal demand for writ of attainder payable to a private corporation without a jury indictment and conviction required by law
9. Charges of 235,651,495.40 from False Claims Act (Triple Damages) for vigilantism and land piracy. There is no requirement under the Constitution of the united states of America requiring anyone to pay property taxes.

**Total amount due upon receipt= 3.396197396 Billion. Final amount will be determined at time of settlement.** Payable only in Gold & Silver, in value or like value of real value, including but not limited to Allodial title to land in allodial title of the value of gold and silver, should the state be short in real payment of debt.

<u>Thank you for your business.</u>

NOTICE OF 28 USC 1443 CIVIL RIGHTS CASES
IS REMOVED BY THE DEFENDANT TO THE DISTRICT COURT OF THE UNITED STATES

| Item | Qty | Value | Total | Triple Damages | |
|---|---|---|---|---|---|
| 1. One oven range | 1 | 1200 | 1200 | 3600 | |
| 2. One dishwasher | 1 | 700 | 700 | 2100 | |
| 3. One refrigerator | 1 | 1400 | 1400 | 4200 | |
| 4. One furnace and heater. | 1 | 10000 | 10000 | 30000 | |
| 5. Ten to 12 family pictures | 12 | 100 | 1200 | 3600 | |
| 6. Air compressor, with hoses, bits, and fixtures. | 1 | 2000 | 2000 | 6000 | |
| 7. Drill bits, hoses, Freon tank. | 1 | 5000 | 5000 | 15000 | |
| 8. Floor jack | 1 | 600 | 600 | 1800 | |
| 9. Three electric drills | 3 | 100 | 300 | 900 | |
| 10. Oxygen tank | 1 | 500 | 500 | 1500 | |
| 11. 2 singer sewing machines | 2 | 500 | 1000 | 3000 | |
| 12. Couch or Van, rocking chair, sitting chair, small tables, bookshelves, vases. | 1 | 10000 | 10000 | 30000 | |
| 13. Drill bits, pliers, five tool boxes full of tools | 5 | 10000 | 50000 | 150000 | |
| 14. Bedroom dresser | 1 | 3000 | 3000 | 9000 | |
| 15. Clothes, suits, ties, pants, shirts, | 1 | 15000 | 15000 | 45000 | |
| 16. Pillow Cases, towels, sheets, blankets, | 1 | 3000 | 3000 | 9000 | |
| 17. Kitchen table, fixtures, glasses, pots and pans, cookware, dishes, chairs, silverware, bowls, plates, etc. | 1 | 10000 | 10000 | 30000 | |
| 18. Japanese China from WWII | 1 | 200000 | 200000 | 600000 | |
| 19. Curtains, drapes, fixtures, | 1 | 3000 | 3000 | 9000 | |
| 20. Loss of fingers due to frostbite | 4 | 15000000 | 60000000 | 180000000 | |
| 21. Disenfranchisement of voting rights | 1 | 15000000 | 15000000 | 45000000 | |
| 22. Clothesline, shovels, rakes, pitchfork, hoes, lawnmower, wheel barrows, storage shed, C-clamps, pri bars, cement mixer, saws, blades, outside chairs. | 1 | 8000 | 8000 | 24000 | |
| 23. house at 9412 Susan Ave. SE, Albuquerque, New Mexico 87123 | 1 | 435000 | 435000 | 1305000 | |
| 24. Property Description Taxes 101705933239111011 | 1 | 5554.77 | 5554.77 | 16664.31 | |
| 25. Property Description Taxes 1020056241 34320142 | 1 | 4525.6 | 4525.6 | 13576.80 | |
| 26. Property Description Taxes 103505746214740111 | 1 | 12956.57 | 12956.57 | 38869.71 | |
| 27. Property Description Taxes 102005625634320143 | 1 | 4084.12 | 4084.12 | 12252.36 | |

NOTICE OF 28 USC 1443 CIVIL RIGHTS CASES

IS REMOVED BY THE DEFENDANT TO THE DISTRICT COURT OF THE UNITED STATES

| | | | | | |
|---|---|---|---|---|---|
| 28. Property Description Taxes 102005622634320139 | 1 | 4279.28 | 4279.28 | 12837.84 | |
| 29. Property Description Taxes 102005623134220140 | 1 | 4279.28 | 4279.28 | 12837.84 | |
| 30. Property Description Taxes 102005623634320141 | 1 | 4551.21 | 4551.21 | 13653.63 | |
| 31. Property Description Taxes 102005622134320138 | 1 | 4784.41 | 4784.41 | 14353.23 | |
| 32. Property Description Taxes 102005626434320145 | 1 | 2547.27 | 2547.27 | 7641.81 | |
| 33. Property Description Taxes 102005626134320144 | 1 | 6035.94 | 6035.94 | 18107.82 | |
| 34. Unlawful Detainmet/Arrest per Trezevant @ 1,000/minute | 2736 | 1000 | 2736000 | 8208000 | |
| 35. Triple Damages 1 | | | | 235651495.40 | |
| 36. Triple Damages 2 | | | | 235651495.40 | |
| 37. Triple Damages 3 | | | | 235651495.40 | |
| 38. Triple Damages 4 | | | | 235651495.40 | |
| 39. Constitutional Violations Macias vs. Ihde | 143 | 15000000 | 2145000000 | | |
| From | To | Days | APR @32% | Interest | Total |
| 2/15/2011 | 6/9/2011 | 114 | 0.32 | 23552237.12 | 259203732.5 |
| 2/15/2011 | 6/9/2011 | 114 | 0.32 | 23552237.12 | 259203732.5 |
| 2/15/2011 | 6/9/2011 | 114 | 0.32 | 23552237.12 | 259203732.5 |
| 2/15/2011 | 6/9/2011 | 114 | 0.32 | 23552237.12 | 259203732.5 |
| 2/15/2011 | 6/9/2011 | 114 | 0.32 | 214382465.8 | 2359382466 |
| Grand Total in Gold or Silver Coin | | | | | 3396197396 |

§ 3-108. PAYABLE ON DEMAND OR AT DEFINITE TIME.
 (a) A promise or order is "payable on demand" if it (i) states that it is payable on demand or at sight, or otherwise indicatesthat it is payable at the will of the holder, or (ii) does not state any time of payment.
 (b) A promise or order is "payable at a definite time" if it is payable on elapse of a definite period of time after sight oracceptance or at a fixed date or dates or at a time or times readily ascertainable at the time the promise or order is issued,subject to rights of (i) prepayment, (ii) acceleration, (iii) extension at the option of the holder, or (iv) extension to a furtherdefinite time at the option of the maker or acceptor or automatically upon or after a specified act or event.
 (c) If an instrument, payable at a fixed date, is also payable upon demand made before the fixed date, the instrument is payable on demand until the fixed date and, if demand for payment is not made before that date, becomes payable at adefinite time on the fixed date.

The checks may be paid to James Wallace Eden on the 15th of the month for 15 million each payment, compounded yearly at 32%. The notice of payment was issued on 05/28/2011, as the time for rebuttal on a counter claim has expired, the instrument may not be denied based on failure to respond in a timely manner to notice of bill.

NOTICE OF 28 USC 1443 CIVIL RIGHTS CASES
IS REMOVED BY THE DEFENDANT TO THE DISTRICT COURT OF THE UNITED STATES

> "Courts are the mere instruments of the law, and can will nothing. When they are said to exercise a discretion, it is a mere legal discretion, a discretion to be exercised in discerning the course prescribed by law, and, when that is discerned, it is the duty of the court to follow it. Judicial power is never exercised for the purpose of giving effect to the will of the judge; always for the purpose of giving effect to the will of the legislature; or, in other words, to the will of the law." Littleton v. Berbling, 468 F.2d 389, 412 (7th Cir. 1972), citing Osborn v. Bank of the United States, 9 Wheat (22 U.S.) 738, 866, 6 L.Ed 204 (1824); U.S. v. Simpson, 927 F.2d 1088, 1090 (9th Cir. 1991).

TITLE 42 > CHAPTER 126 > SUBCHAPTER IV > § 12202 State immunity
A State shall not be immune under the eleventh amendment to the Constitution of the United States from an action in [1] Federal or State court of competent jurisdiction for a violation of this chapter. In any action against a State for a violation of the requirements of this chapter, remedies (including remedies both at law and in equity) are available for such a violation to the same extent as such remedies are available for such a violation in an action against any public or private entity other than a State.

**Point 1. UNITED STATES OF AMERICA® THE STATE OF NEW MEXICO ® COUNTY OF BERNALILLO CORPORA FICTA Employee(s); is not immune to me under the 11th amendment for the violations of my Constitutional rights. Remedies are allowed under both as jail time and fines for such bad behavior of a civil servant under color of law.**

SUPREME COURT, US DISTRICT COURT, DISTRICT COURTS, METROPOLITAN COURTS, MAGISTRATE COURTS, PROBATE COURTS, and MUNICIPAL COURTS all lack jurisdiction to hear any case under the definition of FOREIGN STATE and under all related definitions below. Said jurisdiction lies with the "district court of the United States," established by Congress in the states under Article III of the Constitution, which are "constitutional courts" and has not included the territorial courts created under Article IV, Section 3, Clause 2, which are "legislative" courts. Hornbuckle v. Toombs, 85 U.S. 648, 21 L.Ed. 966 (1873), (See Title 28 USC, Rule 1101), exclusively, under the FSIA Statutes pursuant to 28 USC §1330.

It is an undisputed, conclusive presumption that the above-mentioned real party in interest is not a CORPORATION who is not registered with any Secretary of State as a CORPORATION. Pursuant to Rule 12(b)(6), the Prosecuting Attorney has failed to state a claim for which relief can be granted. This is a FATAL DEFECT, and, therefore, the instant case and all related matters must be DISMISSED WITH PREJUDICE for lack of in personam, territorial and subject matter jurisdiction, as well as for improper Venue; and, pursuant to the 11th amendment.

18 USC 1651. Piracy under law of nations; 18 USC 1652. Citizens as pirates; 18 USC 1653. Aliens as pirates
18 USC 1654. Arming or serving on privateers; 18 USC 1655. Assault on commander as piracy; 18 USC 1656. Conversion or surrender of vessel; 18 USC 1657. Corruption of seamen and confederating with pirates;18 USC 1658. Plunder of distressed vessel; 18 USC 1659. Attack to plunder vessel;18 USC 1660 Receipt of pirate property; 18 USC 1661. Robbery ashore; 18 USC 641. Public money, property or records; 18 USC 645. Court officers generally; 18 USC 654. Officer or employee of United States converting property of another; 50 USC 501-593. Soldier's and Sailors Civil Relief Act Of 1940

**Subpoena:**

1. **Provide strict proof that CORPORA FICTA EMPLOYEES  DAWN TAYLOR®, BILLY LOVETT®, KEN TREECE®, BRENDA A. ALBERTS®,  ANGELO D. METZGAR®, PATRICK SANCHEZ®, JOE MARTINEZ® AND SHANE TURPEN®, are each a grand jury under Article V of the Bill of Rights, notwithstanding, and were each judicial officers, sheriffs, and bailiffs.**
2. **Provide strict proof that CORPORA FICTA EMPLOYEES  DAWN TAYLOR®, BILLY LOVETT®, KEN TREECE®, BRENDA A. ALBERTS®,  ANGELO D. METZGAR®, PATRICK SANCHEZ®, JOE MARTINEZ® AND SHANE TURPEN®, can each violate the separation of powers with immunity.**

3. Provide strict proof that CORPORA FICTA EMPLOYEES   DAWN TAYLOR®, BILLY LOVETT®, KEN TREECE®, BRENDA A. ALBERTS®,  ANGELO D. METZGAR®, PATRICK SANCHEZ®, JOE MARTINEZ® AND SHANE TURPEN®, that each possess a congressionally issued writ of Attainder against James Wallace Eden.
4. Provide strict proof that the STATE OF NEW MEXICO COUNTY OF BERNALILLO SECOND JUDICIAL DISTRICT® is a lawful court per Article III of the Constitution of the united states of America.
5. Provide strict proof that all predicate actors, agents and those acting on their behalf, including all civil officers, have not committed robbery or any other hostility, or color of any other pretense in violation of 18 USC 1652 against James Wallace Eden.
6. Provide strict proof that James Wallace Eden is not a sailor in the United States Navy on permanent lawful leave who has been paid for all of his service with lawful gold and silver coin and/or with a land patent per the Soldiers and Sailors Civil Relief Act as cited under 50 USC 501-593.
7. Provide strict proof that all predicate actors, agents and those acting on their behalf, including all civil officers, are not warmongering against James Wallace Eden, in violation of 18 USC 1653 and The Soldiers and Sailors Civil Relief Act' at file (5107369)(3393)(4149-4172) at L.C.F. 17 for the CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL DISTRICT, GENEVA, ILLINOIS.
8. Provide strict proof that all predicate actors, agents and those acting on their behalf, including all civil officers, are commercially bonded to operate any summary processes which violate 18 USC 1651-1661 to plunder, steal, destroy any money, goods, merchandise, or other effects from James Wallace Eden,  which abridge or deny any commercial provision of the United States Constitution.
9. Provide the strict proof that A0153 OATH ON ADMISSION form is completed for each attorney in this case.
10. Provide the strict proof that each attorney in this case has never violated their oath, and each "do solemnly swear (or affirm) that as an attorney and as a counselor of this court I will conduct myself uprightly and according to law, and that I will support the Constitution of the United States."
11. Provide strict proof that CORPORA FICTA EMPLOYEES, each acting as attorneys in this matter,  have a license number registered with the New Mexico Secretary of State to practice at law.  The BAR association is a private organization and not a lawful licensing agency.
12. Provide strict proof that CORPORA FICTA EMPLOYEES, each acting as attorneys in this matter,  have each not purloined, conspired to purloin the property or monies of James Wallace Eden under 18 USC 641.
13. Provide strict proof that CORPORA FICTA EMPLOYEES, each acting as attorneys in this matter,  have fully complied with all requirements of  18 USC 641 in the collection of this alleged debt from James Wallace Eden.
14. To provide strict proof  that the property owned by James Wallace Eden, a living-breathing-soul,  is taxable under ryot tenure, because James Wallace Eden is a slave and that no person in the state of New Mexico owns their property, and that James Wallace Eden, a living-breathing-soul, is paying rent on the  property owned by the county of Bernalillo in the State of New Mexico: "Servitus est constitutio juris gentium qua quis Domino alieno CONTRA NATURAM subjicitur." Slavery is an institution by the laws of Nations, by which

one is subjected to another man, as master, contrary to nature. I demand that James Wallace Eden be delivered up to enjoy his liberty, on the ground of the declaration in the Constitution of the United States declaring that "no person shall be deprived of life, liberty, or property, without due process of law [Amend. V.]." Provide strict proof with a signed statement by two or more witnesses made under penalty of perjury per 26 USC 6065 before a state notary testifying that this property is taxable property as a Fort, Magazine, Arsenal, dock-Yard and other needful Building will be acceptable.

15. Provide strict proof that CORPORA FICTA EMPLOYEES, each acting as attorneys in this matter, do not have a conflict of interest while remaining as both witness and counsel in the same cause.

16. Provide strict proof that CORPORA FICTA EMPLOYEES, each acting as medical doctors to proclaim any degree of medical competence for James Wallace Eden in this matter, have each a license number and malpractice insurance to practice medicine, as validly registered with the New Mexico Secretary of State.

17. Provide strict proof that CORPORA FICTA EMPLOYEES, each acting as attorneys in this matter, do not lack standing to appear and plead for individuals sued in their individual capacity for predicate acts for which they have no official capacity.

18. Provide strict proof that CORPORA FICTA EMPLOYEES, each acting as attorneys in this matter, did each not embezzle or wrongfully convert to their own use the money or property of James Wallace Eden under 18 USC 654.

19. Provide strict proof that the court may rely on the statements of CORPORA FICTA EMPLOYEES, each acting as attorneys in this matter, in brief or oral argument as facts before the court, which may be relied on in the court's rulings and determinations in direct conflict with UNITED STATES v. LOVASCO (06/09/77) 431 U.S. 783, 97 S. Ct. 2044, 52 L. Ed. 2d 752 and HOLT v. UNITED STATES. (10/31/10) 218 U.S. 245, 54 L. Ed. 1021, 31 S. Ct. 2.

20. Provide strict proof that CORPORA FICTA EMPLOYEES, each acting as attorneys in this matter, did not fail to state that "affiant was competent to testify" in each and every presentment submitted by each of them into the court record, thus complying with Hubka v. Pennfield Twsp (Mich 1992) 494 N.W.2d 800.

21. Provide strict proof that I am a public servant, or registered corporation with the Secretary of State of New Mexico with a valid business license and that I can be impeached, by hearing, unconstitutionally.

22. Provide strict proof, citing the Amendment to the Constitution, allowing for search without a warrant, of my personal information, supported by oath or affirmation BY THE INJURED PARTY, with a verified assessment of damages, with a properly affixed court seal of authority, and a judicial signature which is wet-ink-signed by a judge, as required by the Constitution of the united states of America.

23. Provide strict proof that CORPORA FICTA EMPLOYEES DAWN TAYLOR®, BILLY LOVETT®, KEN TREECE®, BRENDA A. ALBERTS®, ANGELO D. METZGAR®, PATRICK SANCHEZ®, JOE MARTINEZ® AND SHANE TURPEN®, agents and assigns, were not each striking against the Constitutional form of government, under 18 U.S.C. 1918.

24. Provide strict proof that the CORPORA FICTA EMPLOYEES DAWN TAYLOR®, BILLY LOVETT®, KEN TREECE®, BRENDA A. ALBERTS®, ANGELO D. METZGAR®, PATRICK SANCHEZ®, JOE

MARTINEZ® AND SHANE TURPEN®, agents and assigns, are members of an organization of individuals, employed by the government, that they know asserts the right to strike against the government of the United States, thus violating 18 U.S.C. § 1918.

25. Provide strict proof that CORPORA FICTA EMPLOYEES DAWN TAYLOR®, BILLY LOVETT®, KEN TREECE®, BRENDA A. ALBERTS®, ANGELO D. METZGAR®, PATRICK SANCHEZ®, JOE MARTINEZ® AND SHANE TURPEN®, agents and assigns, have each never failed to prevent or to aid in preventing any deprivation of rights, under color of law, or any act of a conspiracy against the constitution, and the unalienable rights of James Wallace Eden.

26. Provide strict proof that CORPORA FICTA EMPLOYEES DAWN TAYLOR®, BILLY LOVETT®, KEN TREECE®, BRENDA A. ALBERTS®, ANGELO D. METZGAR®, PATRICK SANCHEZ®, JOE MARTINEZ® AND SHANE TURPEN®, agents and assigns, each did not use a State law, statute, ordinance, regulation, custom or usage, in violation of any right, secured by the Constitution, notwithstanding.

27. Provide strict proof that there was a lawful warrant forced upon James Wallace Eden by CORPORA FICTA EMPLOYEES DAWN TAYLOR®, BILLY LOVETT®, KEN TREECE®, BRENDA A. ALBERTS®, ANGELO D. METZGAR®, PATRICK SANCHEZ®, JOE MARTINEZ® AND SHANE TURPEN®, agents and assigns.

28. Provide strict proof that this court is a true constitutional court and that it is not an administrative court, without authority to make a judgment.

29. Provide strict proof that under 18 USC §1343, that each of you have acted within thirty (30) days of being notified of the constitutional violations of rights against James Wallace Eden, that you each have not failed to prevent these actions according to your sworn oath.

30. Provide strict proof that CORPORA FICTA EMPLOYEES DAWN TAYLOR®, BILLY LOVETT®, KEN TREECE®, BRENDA A. ALBERTS®, ANGELO D. METZGAR®, PATRICK SANCHEZ®, JOE MARTINEZ® AND SHANE TURPEN®, supervisors, heirs, affiliates, agents, actors, successors and assigns, have each of their valid DBA's and their valid business licenses each properly recorded with the New Mexico Secretary of State, a political entity, not a corporation.

31. Provide strict proof that CORPORA FICTA EMPLOYEES GARLEY #247®, DEPUTY YOUNG #257®, DEPUTY DOE, supervisors, heirs, affiliates, agents, actors, successors and assigns, have each valid faithful performance bonds in support, as filed with the New Mexico Secretary of State, a political entity, not a corporation.

32. Provide strict proof that CORPORA FICTA EMPLOYEES DAWN TAYLOR®, BILLY LOVETT®, KEN TREECE®, BRENDA A. ALBERTS®, ANGELO D. METZGAR®, PATRICK SANCHEZ®, JOE MARTINEZ® AND SHANE TURPEN®, supervisors, heirs, affiliates, agents, actors, successors and assigns, have each not violated each of their sworn oaths to fully protect each and every unalienable right of James Wallace Eden in this case.

US Constitution Article. II.
Section. 4. The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

**All civil officers are impeachable for crimes committed against me. Anything over 5 days in jail, detainment or arrest, is also cause for removal from office.**

TITLE 18 > PART I > CHAPTER 13 > § 241
Sec. 241. Conspiracy against rights
   If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or
   If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured--
   They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**It is not my duty to teach a public servant, or civil officer the law. All agents have all sworn to uphold the constitution and ignorance of the law is no excuse for having violated the law. A civil officer's pervasive disregard in practice by those who as law officers owe special obedience to law, and having violated are criminals. Just because a public servant is just doing what they have been taught by using a deprivation of rights under color of any State law, statute, ordinance, regulation, custom or usage, is no excuse for your criminal behavior.**

18 USC 645. Court officers generally
Whoever, being a United States marshal, clerk, receiver, referee, trustee, or other officer of a United States court, or any deputy, assistant, or employee of any such officer, retains or converts to his own use or to the use of another or after demand by the party entitled thereto, unlawfully retains any money coming into his hands by virtue of his official relation, position or employment, is guilty of embezzlement and shall, where the offense is not otherwise punishable by enactment of Congress, be fined under this title or not more than double the value of the money so embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both. It shall not be a defense that the accused person had any interest in such moneys or fund.

**The civil officers in this case have retained and converted my personal property for their own use, by color of authority, and have no defense against this law suit in both their public and private capacity. All persons having the knowledge that there is a ring of thieves operating, as an agent, or actor of the state, or county, or city, who does not as soon as possible make known this crime, becomes punishable as a principal.**

18 USC 2 Principals
(a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal.
(b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal.

**If you're covering for some crime that you know that was committed, you are punishable as a principal with no immunity, and claiming immunity is admitting to having committed a crime, or knowing a crime was committed.**

TITLE 18 > PART I > CHAPTER 1 > § 4 Misprision of felony
***Any*** **person acting on behalf of any governmental authority in the state of NEW MEXICO® has no claim against me, as I was not duly convicted of a crime by a JURY, or indicted by a GRAND JURY of my peers.**

**CORPORA FICTA EMPLOYEE(S); AS LISTED ABOVE ON THE BILL, ET AL, ADDING DEFENDANTS AS THEY BECOME KNOWN TO ME, knowingly committed violations against me under color of law, color of**

authority, color of office, while striking and warring against the Constitutional form of government. All trials shall be by jury, unless for impeachment, of which each CORPORA FICTA EMPLOYEE listed above are qualified for.

5 USC 7371. Mandatory removal from employment of law enforcement officers convicted of felonies
(a) In this section, the term—
(1) "conviction notice date" means the date on which an agency that employs a law enforcement officer has notice that the officer has been convicted of a felony that is entered by a Federal or State court, regardless of whether that conviction is appealed or is subject to appeal; and
(2) "law enforcement officer" has the meaning given that term under section 8331 (20) or 8401 (17).
(b) Any law enforcement officer who is convicted of a felony shall be removed from employment as a law enforcement officer on the last day of the first applicable pay period following the conviction notice date.

**The only way I can be held is by jury conviction unless I am acting on behalf of the government, to impeach me you must prove I am a public servant and subject to such impeachment. However every person acting under authority, who is a public servant is liable to me in both law (jail time) and equity (money, home, boat, cars or other things of value.) in both your private capacity and your public capacity. I sue you for everything you own, you lose your job, and you go to jail like any other criminal, your job does not protect you from your criminal acts.**

TITLE 15 > CHAPTER 22 > SUBCHAPTER III > § 1122
(b) Waiver of sovereign immunity by States
Any State, instrumentality of a State or **any** officer or employee of a State or instrumentality of a State acting in his or her official capacity, shall not be immune, under the eleventh amendment of the Constitution of the United States or under **any** other doctrine of sovereign immunity, from suit in Federal court by **any** person, including **any** governmental or nongovernmental entity for **any** violation under this chapter.

**Each of the officers or employees of the government, while enforcing a deprivation of rights under color of office, color of authority, and color of law, have each no immunity for such crimes committed, while committing high crimes and misdemeanors.**

TITLE 42 > CHAPTER 126 > SUBCHAPTER IV > § 12205  Attorney's fees
In **any** action or administrative proceeding commenced pursuant to this chapter, the court or agency, in its discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee, including litigation expenses, and costs, and the United States shall be liable for the foregoing the same as a private individual.

**The only way I can be billed is if I am IMPEACHED. To impeach me you must prove that I am a public servant and subject to such impeachment. If those who owe special duty to the law fail or aid in the deprivation of rights, they become liable to me in both their public and private capacity.**

TITLE 28 > PART IV> CHAPTER 85 >  § 1343.
Sec. 1343. Civil rights and elective franchise
(a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by **any person**:
(1) To recover damages for injury to his person or property, or because of the deprivation of **any right** or privilege of a citizen of the United States, by any act done in furtherance of **any** conspiracy mentioned in section 1985 of Title 42;
(2) To recover damages from **any person** who fails to prevent or to aid in preventing **any wrongs** mentioned in section 1985 of Title 42 which he had knowledge were about to occur and *power to prevent;*
(3) To redress the deprivation, under color of **any State law**, statute, ordinance, regulation, custom or usage, of **any right**, privilege or immunity secured by the Constitution of the United States or by **any Act of Congress** providing for equal rights of citizens or of all persons within the jurisdiction of the United States;
(4) To recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights, including the right to vote.

**I have an unalienable right as "ANY PERSON" to bring a suit against and recover damages from ANY PERSON WHO FAILS to prevent the deprivation of my rights, including for enacting an illegal Attainder against me.**

<u>**President, Vice President and all civil officers of the United States, shall be removed from office on impeachment for, and conviction of, treason, bribery, or other high crimes and misdemeanors.**</u>

ALL civil officers are subject to removal from office for acting criminal. Enacting a bill of attainder against me is taking bribes, kickbacks and is a high crime.

1. **Point. THE FEDERAL AGENTS, ACTORS or instrumentalities, such as CORPORA FICTA Employee(s); may not use a technical form of pleading to subjugate my right to redress of this injustice.**

FRCP III. PLEADINGS AND MOTIONS > Rule 8.
<u>Rule 8. General Rules of Pleading</u>
e) Pleading to be Concise and Direct; Consistency Each averment of a pleading shall be simple, concise, and direct. No technical forms of pleading or motions are required.
(f) Construction of Pleadings; All pleadings shall be so construed as to do substantial justice.

2. **Point. THE FEDERAL AGENTS, ACTORS or instrumentalities, such as CORPORA FICTA Employee(s); abuse of power is being called into account criminally for their official misconduct.**

1) 45 "There is no great danger that abuse of power will be fostered by this exemption from civil liability, for the prosecutor is at all times under the wholesome restraint imposed by the risk of being called to account criminally for official misconduct * , or of being ousted from office on that account * * [46] New Jersey statutes generally protect a public official for the performance of duties that statutory immunity "does not extend to conduct amounting to a crime or constituting actual malice, actual fraud or willful misconduct." Cashen, 334 A.2d at 13 n. 4.

3. **Point. THE FEDERAL AGENTS, ACTORS or instrumentalities, such as CORPORA FICTA Employee(s); in their pervasive disregard to the law, must remember they owe special duty to the law. No one is above the law, especially those who are viewed as the embodiment of the law. How can you become lawless, and expect others to remain peacefully within the law, lawlessness begets lawlessness.**

2) Whitney v. Swett, 22 N.H. 10, the court said:

"The power thus given by the law is one liable to great abuse, and therefore must be strictly pursued. A man may become a trespasser ab initio, not only by using an authority which the law gives him for improper purposes, or by pushing the exercise of it beyond due limits, but by exercising it in an illegal manner to the prejudice of another."

3) On Lee v. United States

What is perhaps even more noteworthy is its pervasive disregard in practice by those who as law officers owe special obedience to law. What is true of the federal Act against wiretapping and its violations is widely true of related state legislation and its disobedience. See Westin, The Wire-Tapping Problem, 52 Col. L. Rev. 165

4. **Point. THE FEDERAL AGENTS, ACTORS or instrumentalities, such as CORPORA FICTA Employee(s), in an attempt to enforce federal law where no interstate commerce is involved, has enforced federal law, in a trick or scheme in which there is NO PROHIBITION, and directly strikes against the constitution and the right to be protected against unreasonable searches and seizures.**

In its order granting the Appellees' motion for summary judgment, the district court began its analysis by setting forth the elements of a § 1983 claim against an individual state actor as follows:
Estate of Macias v. Ihde, 42 F. Supp.2d 957, 962 (N.D. Cal. 1999). The court also stated that, to establish municipal liability, a plaintiff must show that
(1) [the plaintiff] possessed a constitutional right of which he/she was deprived;
(2) the municipality had a policy or custom;
(3) this policy or custom amounts to deliberate indifference to [the plaintiff's] constitutional right; and
(4) the policy or custom caused the constitutional deprivation.

5. It is clear that the policy or custom caused the constitutional deprivation that was not normally that of the municipality's written policy but a complete indifference by those who owed special duty to their oath.

SIGNATURE PAGE

1.) My name is, James Wallace Eden

2.) My name is and spelling is only exactly as:  James Wallace Eden.

3.) I in fact, do not use **ANY** other, nor do we allow **ANY** other form of our name, nor capitalization.

4.) Per <u>Puckett v. Cox</u> & <u>Gideon v. Wainwright</u>  My pleadings need not be within the same standards as an attorney.

5.) <u>CLER$$RULE 03-29-05 10:46:40 PGT·CTRULE 36 SUPREME COURT RULE 29</u> When a party is not represented by counsel, service shall be made on the party, personally, by mail, or by commercial carrier. Ordinarily, service on a party must be by a manner at least as expeditious as the manner used to file the document with the Court.

6.) Federal Rules of Civil Procedure  <u>Rule 8. General Rules of Pleading</u>
<u>e</u>) Pleading to be Concise and Direct; Consistency Each averment of a pleading shall be simple, concise, and direct. No technical forms of pleading or motions are required.

7.) Amendment V.  No person shall be held to answer for a capital, or otherwise infamous crime, unless on a **presentment or indictment of a Grand Jury**, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; **nor shall ANY person be subject for the same offence to be twice** put in jeopardy of life or limb, nor shall be compelled in **ANY** criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor **shall private property be taken for public use without just compensation.**

8.) * A PRIVATE CITIZEN CAN BE HELD LIABLE UNDER § 1983
While a private citizen cannot ordinarily be held liable under § 1983 because that statute requires action under color of state law, if a private citizen conspires with a state actor, then the private citizen is subject to § 1983 liability. Brokaw v. Mercer County, 235 F.3d 1000 (7th Cir 2001) quoting Bowman v. City of Franklin, 980 F.2d 1104, 1107 (7th Cir. 1992) "To establish § 1983 liability through a conspiracy theory, a plaintiff must demonstrate that: (1) a state official and private individual(s) reached an understanding to deprive the plaintiff of his constitutional rights, and (2) those individual(s) were willful participants in joint activity with the State or its agents." Fries v. Helsper, 146 F.3d 452, 457 (7th Cir. 1998) (internal quotation and citations omitted).

Signed *by Walter Chek*
Walter Chek, Private Attorney General for James Wallace Eden   Secured Party Creditor

Date June 1, 2011

Article. IV.
The Citizens of each State shall be entitled to all Privileges and **Immunities** of Citizens in the several States.

**SERVICE TO THE AGENT IS SERVICE TO THE PRINCIPAL**
**SERVICE TO THE PRINCIPAL IS SERVICE TO THE AGENT**
**SERVED IN OPEN COURT**

NOTICE OF 28 USC 1443 CIVIL RIGHTS CASES
IS REMOVED BY THE DEFENDANT TO THE DISTRICT COURT OF THE UNITED STATES