UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JAMES WALLACE EDEN**,

    Plaintiff,

v.                                    Civ. No. 11-465 KBM/WDS

**ALBERT LAMA and 142 other
individuals and entities**,

    Defendants.

## ORDER STRIKING COMPLAINT AND DISMISSING CASE

**THIS MATTER** comes before me on an Order to Show Cause filed June 9, 2011 [Doc. 6]. In that Order, I instructed pro se Plaintiff James Wallace Eden to

> show cause in writing, within ten days of the filing of this Order, why his Complaint should not be stricken for his failure to sign it and because it was drafted, signed, and filed by an individual who is not a licensed attorney; failure to respond will result in the Complaint being stricken without further notice; and

> . . . that Eden (acting pro se or through a licensed attorney on his behalf) shall have ten days from the filing of this Order, if he so chooses, to file an amended complaint that complies with the Court's instructions.  If a proper amended complaint is not timely filed, the Court will dismiss Eden's case with prejudice and without further notice.

June 9, 2011 Order at 6.  Eden has not responded to the Order to Show Cause.  Instead, Walter Chek, who unlawfully signed and filed Eden's Complaint, signed and filed a seven-paged, single-spaced nonsensical document entitled "Practice of Law by a Judicial Officer A High Crime" in which he personally attacks me and insists that I answer his questions.  *See* Doc. 7.

    **IT IS ORDERED** that the Complaint [Doc. 1], Doc. 3 and Docket No. 7 are STRICKEN.

    **IT IS FURTHER ORDERED** that Eden's case is DISMISSED WITH PREJUDICE.

                                                        _____
                                         CHIEF UNITED STATES MAGISTRATE JUDGE